ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/22/07*

| | |
|---|---|
| DWIGHT WATSON, et al.<br><br>　　　Plaintiffs,<br><br>v.<br><br>GLENN ALBIN, et al.<br><br>　　　Defendants. | No.   C06-07767 RMW (RS)<br><br>**STIPULATION AND [xxxxxxxxxxxxxx] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

　　　Plaintiffs and Defendants Frank St. Clair, Santa Clara County, and State of California, by and through their attorneys of record, hereby stipulate and request an order from this Court as follows:

　　　WHEREAS, Defendant County of Santa Clara is represented in this action by the Santa Clara County Office of the County Counsel,

　　　WHEREAS, this matter is currently scheduled for an initial case management conference on March 30, 2007, and

　　　WHEREAS, March 30, 2007, is a State holiday (Caesar Chavez Day) on which the Santa Clara County Office of the County Counsel is closed for business,

　　　THEREFORE, it is hereby stipulated by and among the parties who have appeared in this action that the initial case management conference in this action be continued to another date of this Court's choosing.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [xxxxxxxxxxxx]
Order to Continue Initial CMC                    -1-                                    C06-07767 RMW

1  IT IS SO STIPULATED.

2  Dated:  March 15, 2007                      Respectfully submitted,

3                                              ANN MILLER RAVEL
                                               County Counsel
4

5                                        By:   _____/S/_____
                                               MARK F. BERNAL
6                                              Deputy County Counsel

7                                              Attorneys for Defendant
                                               COUNTY OF SANTA CLARA
8

9  Dated: _____         By:   _____
                                               MARK MARTEL
10                                             Attorney for Plaintiffs

11 Dated: _____         By:   _____
                                               LOUIS A. LEONE
12                                             Attorney for Defendant
                                               Frank St. Clair
13

14 Dated: _____         By:   _____
                                               WILFRED T. FONG
15                                             Attorney for Defendant
                                               State of California
16

17                                **ORDER**

18     Having considered the above Stipulation, and good cause appearing therefore, it is hereby

19 ordered that the March 30, 2007, initial case management conference in the above-captioned

20 matter is hereby vacated and rescheduled to  10:30   a.m./p.m. on  May 25, 2007  ,

21 2007, in Courtroom No.  6  .

22 IT IS SO ORDERED.

23 Dated:  3/22/07                         *Ronald M. Whyte*
                                           _____
24                                         JUDGE RONALD M. WHYTE

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and xxxxxxxxxxx
Order to Continue Initial CMC        -2-                    C06-07767 RMW

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/S/) within this e-filed document.
3  IT IS SO STIPULATED.
4  Dated: March 9, 2007                                Respectfully submitted,

                                                        ANN MILLER RAVEL
                                                        County Counsel

                                                        By:  _____/S/_____
                                                        MARK F. BERNAL
                                                        Deputy County Counsel

                                                        Attorneys for Defendant
                                                        COUNTY OF SANTA CLARA

11  Dated: _____           By: _____
                                                        MARK MARTEL
                                                        Attorney for Plaintiffs

13  Dated: 3·9·2007                         By: _____
                                                        LOUIS A. LEONE
                                                        Attorney for Defendant
                                                        Frank St. Clair

16  Dated: _____           By: _____
                                                        WILFRED T. FONG
                                                        Attorney for Defendant
                                                        State of California

**ORDER**

Having considered the above Stipulation, and good cause appearing therefore, it is hereby ordered that the March 30, 2007, initial case management conference in the above-captioned matter is hereby vacated and rescheduled to _____ a.m./p.m. on _____, 2007, in Courtroom No. _____.

IT IS SO ORDERED.

Dated: _____
                                                        JUDGE RONALD M. WHYTE