1  EDMUND G. BROWN JR., Attorney General
    of the State of California
2  TYLER B. PON
    Supervising Deputy Attorney General
3  WILFRED T. FONG (State Bar No. 154303)
   AMY W. LO (State Bar No. 194308)
4   Deputy Attorneys General
   1515 Clay Street
5  P.O. Box 70550
   Oakland, CA 94612-0550
6  Telephone: (510) 622-2114
   Facsimile:  (510) 622-2121

Attorneys for Defendant State of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/22/07*

| | |
|---|---|
| DWIGHT WATSON; DANIEL FARIAS; LAUREN WATSON; and NICOLE WATSON, <br><br> Plaintiffs, <br><br> v. <br><br> GLENN ALBIN; DAVID MENDEZ; FRANK ST. CLAIR; MIKE D'ANTONIO; MIKE RUBINO; SANTA CLARA COUNTY; STATE OF CALIFORNIA; and DOES 1-50, <br><br> Defendants. | CASE NO. C06-07767 RMW (RS) <br><br> **STIPULATION AND ORDER SETTING HEARING DATE FOR MOTION BY DEFENDANT STATE OF CALIFORNIA TO DISMISS COMPLAINT [F.R.C.P. 12(b)]** <br><br> Hearing Date: <br> Time: 9:00 a.m. <br> Courtroom: 6, 4th Floor <br> Judge: Hon. Ronald M. Whyte <br> Address: 280 South 1st Street <br>         San Jose, California 95113 <br><br> Complaint Filed: December 19, 2006 |

Due to a calendar conflict for Plaintiffs' counsel Mark Martel, Plaintiffs and Defendant State of California hereby stipulate to the following: [25]

Defendant State's Motion to Dismiss Complaint will be re-set for hearing on **May** xxx **2007**, at 9:00 a.m. in Courtroom 6, 4th Floor, of this Court. Plaintiffs' Opposition Brief shall be filed and served by April 27, 2007, and Defendant's Reply Brief shall be filed and served by April 6, 2007.

///

///

1

Stipulation & Order re Hearing Date on Def. State's Mot. to Dismiss    Case No. C06-07767 RMW (RS)

1 | **SO STIPULATED.**

2 | Dated: 5-13-07

3 | *[signature]*
MARK MARTEL, Esq.
Attorney for Plaintiffs

4 |

5 | Dated: 5/14/07

6 | EDMUND G. BROWN JR., Attorney General
of the State of California
7 | TYLER B. PON
Supervising Deputy Attorney General
8 |
9 | *[signature]*
10 | WIL FONG
Deputy Attorney General
11 | Attorneys for Defendant State of California

12 | **SO ORDERED.**

13 | Dated: 3/22/07

14 | *Ronald M. Whyte*
HON. RONALD M. WHYTE
15 | United States District Court Judge

2

Stipulation & Order re Hearing Date on Def. State's Mot. to Dismiss    Case No. C06-07767 RMW (RS)