ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

MARK MARTEL (S.B. #147970)
Attorney At Law
425 Sherman Ave., #330
Palo Alto, CA 94306
Telephone: (650) 470-2650
Facsimile: (650) 470-2654

Attorney for Plaintiffs
DWIGHT WATSON, DANIEL FARIAS,
LAUREN WATSON, and NICOLE
WATSON

*E-FILED - 9/13/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WATSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GLENN ALBIN, et al., <br><br> Defendants. | No. C06-07767 RMW (RS) <br><br> STIPULATION AND [PROPOSED] ORDER FOR PARTIAL DISMISSAL WITHOUT PREJUDICE OF DEFENDANT COUNTY OF SANTA CLARA |

PLAINTIFFS AND DEFENDANT COUNTY OF SANTA CLARA, by and through their attorneys of record, hereby stipulate as follows:

//

//

C06-07767 RMW (RS)

1

1   WHEREAS, Plaintiffs' complaint filed in the above-captioned matter names the County of Santa Clara ("County") as a Defendant in the First, Fourth, Sixth, Seventh, Eighth, Ninth, and Tenth Causes of Action;

4   WHEREAS, Plaintiffs' First, Fourth, Sixth, Seventh, Eighth, and Ninth Causes of Action allege that the County is liable to Plaintiffs for damages suffered as the result of actions and omissions of members of the Santa Clara County Specialized Enforcement Team ("SCCSET");

7   WHEREAS, the County has presented to Plaintiffs a sworn affidavit attesting to the fact that the County has no connection with or participation in SCCSET and the actions and omissions that form the basis of liability for Plaintiffs' First, Fourth, Sixth, Seventh, Eighth, and Ninth Causes of Action;

11  WHEREAS, Plaintiffs desire to continue prosecuting their Tenth Cause of Action against the County; and,

13  WHEREAS, Plaintiffs no longer desire to prosecute their First, Fourth, Sixth, Seventh, Eighth, and Ninth Causes of Action against the County and the County desires to no longer defend against those Causes of Action, all subject to Plaintiffs retaining the right to reassert in this litigation any or all of those Causes of Action against the County should they discover facts providing them with a good faith belief in the right to do so;

18  THEREFORE, Plaintiffs and the County hereby stipulate and request that the Court issue an Order (a) dismissing the County without prejudice from Plaintiffs' First, Fourth, Sixth, Seventh, Eighth, and Ninth Causes of Action with each party to bear their own costs and attorneys' fees, and (b) tolling the statute of limitations for Plaintiffs to bring a cause of action against the County for causes of action related to the County's involvement in SCCSET's acts and omissions for a period of six months form the date of Notice of Entry of this Order.

24  //
25  //
26  //
27  //
28  //

C06-07767 RMW (RS)

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: 8-23-07 |

*MARK MARTEL*
MARK MARTEL
Attorney for Plaintiffs
DWIGHT WATSON, DANIEL FARIAS, LAUREN WATSON, and NICOLE WATSON

Dated: 8-27-07

*[signature]*
MARK F. BERNAL
Deputy County Counsel
Attorneys for Defendant
COUNTY OF SANTA CLARA

### ORDER

Having considered the above Stipulation, and good cause appearing therefore, it is hereby ordered that (a) Defendant County of Santa Clara is dismissed without prejudice from Plaintiffs' First, Fourth, Sixth, Seventh, Eighth, and Ninth Causes of Action, with Plaintiffs and Defendant County of Santa Clara to bear their own costs and attorneys' fees as to those Causes of Action, and (b) the statute of limitations for Plaintiffs to bring a cause of action against the County for causes of action related to the County's involvement in SCCSET's acts and omissions is tolled for a period of six months form the date of Notice of Entry of this Order .

IT IS SO ORDERED.

Dated: 9/13/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Judge