SUNIL R. KULKARNI (CA SBN 186723)
SKulkarni@mofo.com
K.C. ALLAN WALDRON (CA SBN 231866)
KCWaldron@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

MARK MARTEL (CA SBN 147970)
markmartel@aol.com
LAW OFFICES OF MARK MARTEL
425 Sherman Avenue, #330
Palo Alto, CA 94306
Telephone: 650.470.2650
Facsimile: 650.470.2654

Attorneys for Plaintiffs
DWIGHT WATSON, DANIEL FARIAS,
LAUREN WATSON, and NICOLE WATSON

*E-FILED - 3/13/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DWIGHT WATSON, DANIEL FARIAS, LAUREN WATSON, and NICOLE WATSON,<br><br>Plaintiffs,<br><br>v.<br><br>GLENN ALBIN, DAVID MENDEZ, FRANK ST. CLAIR, MIKE D' ANTONIO, MIKE RUBINO, SANTA CLARA COUNTY, STATE OF CALIFORNIA, and DOES 1-50,<br><br>Defendants. | Case No. C06-07767 RMW (HRL)<br><br>[xxxxxxxxxxxx] **ORDER AND STIPULATION EXTENDING DEADLINES TO PRODUCE CERTAIN DISCOVERY AND FILE MOTIONS TO COMPEL RELATED TO CERTAIN DISCOVERY** |

Under Civil Local Rules 6-2 and 7-12, Plaintiffs Dwight Watson, Daniel Farias, Lauren Watson, and Nicole Watson (collectively, "Plaintiffs") and defendants Glenn Albin, David Mendez, Frank St. Clair, Mike D'Antonio, Mike Rubino, Santa Clara County, and the State of

California (collectively, "Defendants"), through their respective undersigned counsel, hereby stipulate as follows:

1. On December 19, 2007, the parties stipulated and the Court ordered that discovery would close on Friday, February 29, 2008, and motions to compel would be filed by Tuesday, March 11, 2008.

2. On January 29, 2008, Plaintiffs also served a Request for Production of Documents to Defendant Glenn Albin requesting various documents, including citizen complaints.

3. On February 11, 2008, Plaintiffs served a subpoena upon the San Jose Police Department for various documents regarding Defendant Glenn Albin, including citizen complaints.

4. On February 22, 2008, Defendant Frank St. Clair subpoenaed tape recordings of Dwight Watson's phone conversations from the Santa Clara Department of Corrections. The Santa Clara Department of Corrections produced responsive recordings to Plaintiffs on Tuesday, March 4, 2008.

5. The parties now agree that Defendant Glenn Albin's deadline to respond to Plaintiffs' requests, described in paragraphs 2 and 3, is extended to Monday, March 10, 2008.

6. The parties agree Plaintiffs's deadline to produce redacted versions of the tapes responsive to the subpoena described in paragraph 4, and corresponding redacted transcripts with a privilege log describing privileged and private information, is Friday, March 14, 2008.

7. The parties also agree to extend the deadline to bring motions to compel, pursuant to the requests described in paragraphs 2, 3, and 4, to Friday, March 21, 2008.

8. The deposition of Defendant Glenn Albin began but did not conclude on Friday, February 29, 2008. The parties agree that the deposition of Glenn Albin shall be continued on a mutually agreeable date.

9. Good cause exists for this order, as explained in the accompanying declaration of K.C. Allan Waldron.

xxxxxxxxx ORDER AND STIPULATION EXTENDING DISCOVERY AND MOTION TO COMPEL DEADLINES
CASE NO. C06-07767 RMW (HRL)
pa-1239066

2

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 3-10, 2008 | SUNIL R. KULKARNI |
| 3 | | K.C. ALLAN WALDRON |
| | | MORRISON & FOERSTER LLP |
| 4 | | |
| 5 | | By: _K.C. Allan Waldron_ (signature) |
| | | K.C. ALLAN WALDRON |
| 6 | | Attorneys for Plaintiffs |
| | | DWIGHT WATSON, DANIEL |
| 7 | | FARIAS, LAUREN WATSON, AND |
| | | NICOLE WATSON |
| 8 | Dated: 3-10, 2008 | |

Dated: 3-10, 2008

By: _MARK MARTEL_ (signature)
MARK MARTEL
Attorney for Plaintiffs
DWIGHT WATSON, DANIEL
FARIAS, LAUREN WATSON, AND
NICOLE WATSON

Dated: 3/7, 2008

RICHARD DOYLE, CITY ATTORNEY

By: _(signature)_
MICHAEL J. DODSON
Sr. Deputy City Attorney
Attorneys for Defendant
GLENN ALBIN

Dated: _____, 2008

By: _____
JENNIFER C. ADDAMS
Deputy Attorney General
Attorney for Defendant
MIKE RUBINO

Dated: _____, 2008

By: _Timothy Schmal_ (signature)
TIMOTHY SCHMAL
Attorney for Defendants
DAVID MENDEZ and
MIKE D'ANTONIO

STIPULATION EXTENDING DISCOVERY AND MOTION TO COMPEL DEADLINES      3
pa-1239066

```
 1
 2   Dated: _____, 2008        SUNIL R. KULKARNI
                                 K.C. ALLAN WALDRON
 3                               MORRISON & FOERSTER LLP
 4
 5                               By: _____
                                    K.C. ALLAN WALDRON
 6                                  Attorneys for Plaintiffs
                                    DWIGHT WATSON, DANIEL
 7                                  FARIAS, LAUREN WATSON, AND
                                    NICOLE WATSON
 8   Dated: _____, 2008
 9
10                               By: _____
                                    MARK MARTEL
11                                  Attorney for Plaintiffs
                                    DWIGHT WATSON, DANIEL
12                                  FARIAS, LAUREN WATSON, AND
                                    NICOLE WATSON
13
14   Dated: _____, 2008        RICHARD DOYLE, CITY ATTORNEY
15
16                               By: _____
                                    MICHAEL J. DODSON
17                                  Sr. Deputy City Attorney
                                    Attorneys for Defendant
18                                  GLENN ALBIN
19   Dated: 3·7, 2008
20
21                               By: _____/s/ J. C. Addams_____
                                    JENNIFER C. ADDAMS
22                                  Deputy Attorney General
                                    Attorney for Defendant
23                                  MIKE RUBINO
24   Dated: _____, 2008
25
26                               By: _____
                                    TIMOTHY SCHMAL
27                                  Attorney for Defendants
                                    DAVID MENDEZ and
28                                  MIKE D'ANTONIO
```

STIPULATION EXTENDING DISCOVERY AND MOTION TO COMPEL DEADLINES    3
pa-1239066

Dated: 3-7-, 2008

By: /s/ Claudia Leed
CLAUDIA LEED
Attorney for Defendant
FRANK ST. CLAIR

Dated: _____, 2008

By: _____
MARK F. BERNAL
Deputy County Counsel
Attorney for Defendant
SANTA CLARA COUNTY

| | |
|---|---|
| 1 | Dated: _____, 2008 |
| 2 | |
| 3 | By: _____ |
| 4 | CLAUDIA REED<br>Attorney for Defendant<br>FRANK ST. CLAIR |
| 5 | Dated: 3/7, 2008 |
| 6 | |
| 7 | |
| 8 | By: *[signature]*<br>MARK F. BERNAL<br>Deputy County Counsel<br>Attorney for Defendant<br>SANTA CLARA COUNTY |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING DISCOVERY AND MOTION TO COMPEL DEADLINES　　4
pa-1239066

**GENERAL ORDER 45 ATTESTATION**

I, SUNIL R. KULKARNI, am the ECF User whose ID and password are being used to file the [PROPOSED] ORDER AND STIPULATION EXTENDING DEADLINES TO PRODUCE CERTAIN DISCOVERY AND FILE MOTIONS TO COMPEL RELATED TO CERTAIN DISCOVERY. In compliance with General Order 45, X.B., I hereby attest that all parties have concurred in this filing.

                                                                     /s/ Sunil R. Kulkarni
                                                                         Sunil R. Kulkarni

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 3/13/08

*Ronald M. Whyte*
Honorable Ronald M. Whyte
District Judge

[xxxxxxxx] ORDER AND STIPULATION EXTENDING DISCOVERY AND MOTION TO COMPEL DEADLINES
CASE NO. C06-07767 RMW (HRL)
pa-1239066

6