ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

***E-FILED - 4/10/08***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT WATSON, et al.<br><br>Plaintiffs,<br><br>v.<br><br>GLENN ALBIN, et al.<br><br>Defendants. | No. C06-07767 RMW (RS)<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE AS TO DEFENDANT COUNTY OF SANTA CLARA ONLY** |

Defendant County of Santa Clara, by and through its counsel of record, and the Plaintiffs hereto, by and through their attorney of record, hereby stipulate and agree to an order dismissing this entire action with prejudice as to Defendant County of Satna Clara **only**.

//
//
//
//
//
//
//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing Entire Action
w/Prejudice as to Def. County Only         -1-         C06-07767 RMW (RS)

1 | Each side shall bear their own attorneys' fees and costs of the suit.

2 | IT IS SO STIPULATED:

3 | Dated: 3-26-08

ANN MILLER RAVEL
County Counsel

By: _____
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: 3-26-08

By: _____
MARK MARTELL
Attorney for Plaintiffs,
Dwight Watson, Daniel Farias,
Lauren Watson, and Nicole Watson

ORDER

Having considered the above stipulation, and good cause appearing therefore, it is hereby ordered that Defendant County of Santa Clara is dismissed with prejudice from the above-captioned matter and that Plaintiffs and Defendant County of Santa Clara are to bear their own attorneys' fees and costs of suit.

IT IS SO ORDERED.

Dated: 4/10/08

_____
JUDGE RONALD M. WHYTE

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stip and Order Dismissing Entire Action
w/Prejudice as to Def. County Only          -2-          C06-07767 RMW (RS)