1 LOUIS A. LEONE, ESQ. (State Bar No: 099874)
2 CLAUDIA LEED, ESQ. (State Bar No: 122676)
**STUBBS & LEONE**
3 2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
4 Telephone: (925) 974-8600
Facsimile: (925) 974-8601
5 leonel@stubbsleone.com
6 leedc@stubbsleone.com

*E-FILED - 4/10/08*

7 Attorneys for Defendant
FRANK ST. CLAIR
8
UNITED STATES DISTRICT COURT
9
NORTHERN DISTRICT OF CALIFORNIA
10

| DWIGHT WATSON, DANIEL FARIAS, LAUREN WATSON, and NICOLE WATSON,<br><br>Plaintiff,<br><br>vs.<br><br>GLENN ALBIN, DAVID MENDEZ, FRANK ST. CLAIR, MIKE D'ANTONIO, MIKE RUBINO, SANTA CLARA COUNTY, STATE OF CALIFORNIA, and DOES 1-50<br>Defendants. | Case No.: C06-07767 RMW (HRL)<br><br>STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT FRANK ST. CLAIR WITH PREJUDICE |
|---|---|

19 IT IS HEREBY STIPULATED, pursuant to FRCP 41 (a) (2), between the plaintiffs
20 and Defendant Frank St. Clair, by and through their undersigned counsel of record that
21 all claims against defendant Frank St. Clair, including attorneys fees and costs are
22 hereby dismissed with prejudice.
23 IT IS SO STIPULATED.
24 \\\
25 \\\
26 \\\
27 \\\
28 \\\

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT FRANK ST. CLAIR WITH PREJUDICE   C06-07767 RMW (HRL)

1

| | | |
|---|---|---|
| 1 | Dated: March 26, 2008 | **LAW OFFICES OF MARK MARTEL** |
| 2 | | |
| 3 | | *MARK MARTEL* |
| 4 | | MARK MARTEL |
| 5 | | Attorney for Plaintiffs |
| 6 | | DWIGHT WATSON, DANIEL FARIAS, LAUREN WATSON and NICOLE WATSON |
| 7 | | |
| 8 | Dated: March 26, 2008 | **STUBBS & LEONE** |
| 9 | | |
| 10 | | *[signature]* |
| 11 | | CLAUDIA LEED, ESQ. |
| 12 | | Attorney for Defendant FRANK ST. CLAIR |

### ORDER

Pursuant to the Stipulation of the parties, Defendant Frank St. Clair is hereby dismissed from this action with prejudice. This dismissal includes all attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: ~~March~~ April 10, 2008

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
DISTRICT JUDGE

S:\docs\clients\Lou\Watson v. Mt. View\Pleadings\Dismissal with prejudice.doc

---

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT FRANK ST. CLAIR WITH PREJUDICE      C06-07767 RMW (HRL)

2