*E-filed 5/7/08*

1  SUNIL R. KULKARNI (CA SBN 186723)
   SKulkarni@mofo.com
2  K.C. ALLAN WALDRON (CA SBN 231866)
   KCWaldron@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  MARK MARTEL (CA SBN 147970)
   markmartel@aol.com
7  LAW OFFICES OF MARK MARTEL
   425 Sherman Avenue, #330
8  Palo Alto, California 94306
   Telephone: 650.470.2650
9  Facsimile: 650.470.2654

10 Attorneys for Plaintiffs
   DWIGHT WATSON, DANIEL FARIAS,
11 LAUREN WATSON, and NICOLE WATSON

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17 DWIGHT WATSON, DANIEL FARIAS,                Case No.   C06-07767 RMW (HRL)
   LAUREN WATSON, and NICOLE WATSON,
18                                              [PROPOSED] STIPULATED
              Plaintiffs,                       PROTECTIVE ORDER
19                                              REGARDING ALLEGED
        v.                                      COMPLAINTS AGAINST
20                                              DEFENDANT ALBIN
   GLENN ALBIN, DAVID MENDEZ, FRANK
21 ST. CLAIR, MIKE D' ANTONIO, MIKE             Trial Date: May 19, 2008
   RUBINO, SANTA CLARA COUNTY, STATE            Judge:      The Hon. Ronald Whyte
22 OF CALIFORNIA, and DOES                      Court:      6
   1-50,
23
              Defendants.
24

25

26

27

28

1  **IT IS HEREBY STIPULATED** by Plaintiffs Dwight Watson, Daniel Farias, Lauren
2  Watson, and Nicole Watson, and Defendant Glenn Albin, by and through their attorneys of
3  record, that the information referenced below, furnished to Plaintiffs Dwight Watson, Daniel
4  Farias, Lauren Watson, and Nicole Watson pursuant to the Order on Plaintiffs' Motion to Compel
5  (Docket No. 140) shall be kept confidential and used solely in connection with the preparation
6  and trial of this matter, United States District Court, Northern District of California, case number
7  C06-07767 RMW.

8  **IT IS FURTHER STIPULATED** that all material referencing or relating to complaints
9  that Defendant Albin allegedly used excessive force, made untrue statements in a police report, or
10  showed prejudice toward a person because of his or her race ("Protected Material") shall be
11  subject to the following restrictions:

12      1.    Albin will produce the Protected Material to Plaintiffs by close of business on
13  Tuesday, May 6.

14      2.    Albin will produce the Protected Material with the redactions permitted by the
15  Court's Order on Plaintiffs' Motion to Compel. If, at a later time, a court orders production of the
16  Protected Material without redactions, the provisions of this Protective Order will apply to the
17  unredacted Protected Material.

18      3.    Counsel may use the Protected Material only for prosecuting, defending, or
19  attempting to settle United States District Court, Northern District of California, case number
20  C06-07767 RMW.

21      4.    Counsel may disclose the Protected Material only to:
22      a.    other counsel of record for the parties in United States District Court,
23  Northern District of California, case number C06-07767 RMW;
24      b.    experts retained by the parties to whom disclosure is reasonably necessary
25  for this litigation and who have signed an "Agreement to be Bound by Protective Order;"
26      c.    during their depositions, witnesses in the action to whom disclosure is
27  reasonably necessary and who have signed an "Agreement to be Bound by Protective Order."
28  Pages of transcribed deposition testimony and/or exhibits to depositions that reveal Protected

1  Material must be separately bound by the court reporter and may not be disclosed to anyone

2  except as permitted under this Stipulated Protective Order;

3          d.     the author of the document or the original source of the information;

4          e.     the Court and its personnel; and

5          f.     court reporters, their staffs, and professional vendors to whom disclosure is

6  reasonably necessary for this litigation and who have signed an "Agreement to be Bound by

7  Protective Order."

8      5.    Under no circumstances shall the information disclosed pursuant hereto be used in

9  any proceeding other than the instant case listed above, except by court order.

10      6.    Under no circumstances shall the information disclosed pursuant hereto be

11  disseminated publicly in any form, except by court order or in the trial of the instant case listed

12  above.

13      7.    Counsel are prohibited from releasing, disseminating, or sharing the information

14  disclosed with anyone, with the exception of other attorneys working on this case on behalf of

15  these parties.

16      8.    The information provided is only to be used in connection with the instant case

17  stated above, and this material shall be returned to counsel for Defendant Albin at the conclusion

18  of the case.  Nothing in this Protective Order shall require the Court to return any materials.

19      9.    Without written permission from Defendant Albin, or a court order secured after

20  appropriate notice to all interested persons, a party may not file in the public record in this action

21  any protected material. A party may seek to file protected material under seal according to Civil

22  Local Rule 79-5.

23

24

25

26

27

28

| | |
|---|---|
| Dated: May 2, 2008 | LAW OFFICES OF MARK W. MARTEL |
| | By:  /s/ Mark W. Martel |
| | Mark W. Martel |
| | Attorneys for Plaintiffs |
| Dated: May 2, 2008 | K.C. ALLAN WALDRON |
| | MORRISON & FOERSTER LLP |
| | By:  /s/ K.C. Allan Waldron |
| | K.C. Allan Waldron |
| | Attorneys for Plaintiffs |
| Dated: May 2, 2008 | OFFICE OF THE SAN JOSE CITY ATTORNEY |
| | By:  /s/ Michael J. Dodson |
| | Michael J. Dodson |
| | Senior Deputy City Attorney |
| | Attorneys for Defendant Glenn Albin |

## **ORDER**

Based upon the foregoing Stipulation of the parties, and good cause appearing therefore,

**IT IS SO ORDERED**.

DATED: 5/7, 2008

The Honorable Howard R. Lloyd
United States Magistrate Judge
Northern District of California

STIPULATED PROTECTIVE ORDER
CASE NO. C06-07767 RMW (HRL)
pa-1252124

3