RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Chief Trial Attorney (#93249)
MICHAEL J. DODSON, Sr. Deputy City Attorney (#159743)
ROBERT BURCHFIEL, Sr. Deputy City Attorney (#112318)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Telephone Number: (408) 535-1900
Facsimile Number:  (408) 998-3131
E-Mail Address:  cao.main@sanjoseca.gov

*E-FILED - 5/7/08*

Attorneys for Defendant, GLENN ALBIN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Dwight Watson; Daniel Farias; Lauren Watson; and Nicole Watson,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Glenn Albin, et al,<br><br>                    Defendants. | Case Number:  C06-07767 RMW<br><br>**STIPULATION AND []**<br>**ORDER CONTINUING PRETRIAL**<br>**CONFERENCE** |

The undersigned, counsel for Defendant Glenn Albin, has informed Plaintiffs' counsel and the Court that he is scheduled to be out of town at a conference from May 7, 2008 through May 9, 2008.  In light of this, the parties request that the Pretrial conference, originally scheduled for May 8, 2008 at 2:00 p.m. be postponed.  The Court has advised that May 12, 2008 at 2:00 p.m. is available for the purposes of rescheduling this conference.

Accordingly, the parties hereby request that the Pretrial Conference be rescheduled from May 8, 2008 at 2:00 p.m. to May 12, 2008 at 2:00 p.m.  The parties further stipulate that the items specified in the Court's Standing Order Re: Pretrial Preparation, Section C, as well as the parties' Joint Pretrial Conference Statement, are now due on May 5, 2008.

STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE          Case Number:  C06-07767 RMW

478547.doc

Dated: May 1, 2008

_____/S/_____
MARK MARTEL
Attorney at Law

Attorney for Plaintiffs


Dated: May 1, 2008

_____/S/_____
K.C. ALLAN WALDRON
Attorney at Law

Attorney for Plaintiffs


RICHARD DOYLE, City Attorney

Dated: May 1, 2008

By: _____/S/_____
MICHAEL J. DODSON
Sr. Deputy City Attorney

Attorneys for Defendant, GLENN ALBIN


## ORDER

The Court, having considered the Stipulation of the parties, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Pretrial Conference in the above-captioned matter be rescheduled from May 8, 2008 at 2:00 p.m. to May 12, 2008 at 2:00 p.m. in courtroom #6.

**IT IS FURTHER ORDERED** that the parties' Joint Pretrial Conference Statement be filed with the Court no later than May 5, 2008.

Dated: ____5/7/08_____

*Ronald M. Whyte*
_____
Honorable Ronald M. Whyte
United States District Court Judge

STIPULATION AND ORDER CONTINUING PRETRIAL CONFERENCE        Case Number:  C06-07767 RMW
478547.doc