**United States District Court**
For the Northern District of California

E-FILED on        5/7/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DWIGHT WATSON; DANIEL FARIAS; LAUREN WATSON; and NICOLE WATSON,<br><br>  Plaintiffs,<br><br>  v.<br><br>GLENN ALBIN; DAVID MENDEZ; FRANK ST. CLAIR; MIKE D'ANTONIO; MIKE RUBINO; SANTA CLARA COUNTY; STATE OF CALIFORNIA, and DOES 1-50,<br><br>  Defendants. | No. C-06-07767 RMW<br><br>ORDER GRANTING THE WATSONS' MOTION TO SHORTEN TIME<br><br>**[Re Docket No. 147]** |

Plaintiffs Dwight Watson and his children Daniel Farias, Lauren Watson, and Nicole Watson seek review of a magistrate judge's order partially denying their motion to compel. Given the looming trial date, plaintiffs move to shorten time to hear the objection at the pretrial conference on May 12, 2008. Plaintiffs met and conferred with defendant Glenn Albin regarding the issue, who opposed the plaintiffs' proposed schedule due to time constraints. *See* Docket No. 148, ¶ 7.

Plaintiffs have complied with Local Rule 6-3(a) and shown good cause for changing time to hear their objection. Accordingly, the court sets the following briefing schedule:

<u>Opposition</u>   Agent Albin must file any opposition by the close of business on Friday, May 9. Agent Albin's opposition may not exceed five pages.

| | | |
|---|---|---|
| 1 | Reply | The plaintiffs must file any reply by 3:00 on Sunday, May 11.  The plaintiffs' |
| 2 | | reply brief may not exceed three pages. |
| 3 | Hearing | The objection will be heard at the pretrial conference on Monday, May 12 at |
| 4 | | 2:00. |

DATED:  5/7/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiffs:**

| | |
|---|---|
| Sunil R. Kulkarni | skulkarni@mofo.com |
| Mark William Martel | markmartel@aol.com |
| KC Waldron | kcwaldron@mofo.com |

**Counsel for Defendants:**

| | |
|---|---|
| Jennifer C. Addams | jennifer.addams@doj.ca.gov |
| Mark F. Bernal | mark.bernal@cco.sccgov.org |
| Michael J. Dodson | cao.main@sanjoseca.gov |
| Wilfred T. Fong | wil.fong@doj.ca.gov |
| James Thomas Gotch | gotchj@stubbsleone.com |
| Claudia Leed | leedc@stubbsleone.com |
| Louis A. Leone | lleone@stubbsleone.com |
| Timothy James Schmal | TSchmal@bvsllp.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   5/7/2008

TSF
**Chambers of Judge Whyte**