1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  PAUL T. HAMMERNESS
   Supervising Deputy Attorney General
3  JENNIFER C. ADDAMS, State Bar No. 209355
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:    (415) 703-5382
    Facsimile:    (415) 703-5480           *E-FILED - 5/12/08*
6   Email: Jennifer.Addams@doj.ca.gov

7  Attorneys for Defendant Mike Rubino

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13 | DWIGHT WATSON, DANIEL FARIAS, LAUREN     | C06 07767 RMW (RS)
   | WATSON, and NICOLE WATSON,               |
14 |                                          | STIPULATION OF
   |                           Plaintiffs,    | DISMISSAL OF DEFENDANT
15 |                                          | MIKE RUBINO; ORDER
   | v.                                       |
16 |                                          |
   | GLENN ALBIN, DAVID MENDEZ, FRANK ST.     | Judge:    The Honorable
17 | CLAIR, MIKE D'ANTONIO, MIKE RUBINO,      |           Ronald M. Whyte
   | SANTA CLARA COUNTY, STATE OF             |
18 | CALIFORNIA, and DOES 1-50,               |
   |                                          |
19 |                           Defendants.    |

20

21     DWIGHT WATSON, DANIEL FARIAS WATSON, LAUREN WATSON and NICOLE

22 WATSON, Plaintiffs, by and through their attorneys of record, and Defendant Mike Rubino, by

23 and through his counsel of record, hereby stipulate and agree to an order dismissing this entire

24 action with prejudice as to Defendant Mike Rubino.  Each side is to bear its own costs and

25 attorneys' fees.

26 ///

27 ///

28 ///

Stipulation of Dismissal of Mike Rubino; Order          Dwight Watson, et al. v. Glenn Albin, et al.
                                                                              C06 07767 RMW (RS)

1

1  IT IS SO STIPULATED.

2  Dated: April 28, 2008.        Law Offices of Mark W. Martel

3

4                                By: ___/s/ Mark W. Martel_____
                                     Mark W. Martel
5                                    Attorneys for Plaintiffs

6

7  Dated: April 16, 2008.        California Department of Justice
                                 Office of the Attorney General
8

9                                By: ___/s/ Jennifer C. Addams_____
                                     Jennifer C. Addams
10                                   Deputy Attorney General
                                 Attorneys for Defendants
11                               State of California and Mike Rubino

12

13

14

15  PURSUANT TO STIPULATION, IT IS SO ORDERED.

16

17  Dated: _____5/12_____, 2008.

18
                                 _Ronald M. Whyte_____
19                               The Honorable Ronald M. Whyte
                                 Judge of the United States District Court
20                               Northern District of California

21

22

23

24

25  40242015.wpd
    OK2007900063
26

27

28

Stipulation of Dismissal of Mike Rubino; Order        Dwight Watson, et al. v. Glenn Albin, et al.
                                                                     C06 07767 RMW (RS)

2