```
#65746-3-104
TIMOTHY J. SCHMAL, ESQ.  #104874
BURTON, VOLKMANN & SCHMAL, LLP
133 Mission Street, Suite 102
Santa Cruz, CA  95060
Phone: (831)425-5023
Facsimile: (831)427-3159

Attorneys for Defendants,
DAVID MENDEZ, MIKE D'ANTONIO
```

*E-FILED - 5/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DWIGHT WATSON; DANIEL FARIAS; LAUREN WATSON; AND NICOLE WATSON,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GLENN ALBIN; DAVID MENDEZ; FRANK ST. CLAIR; MIKE D'ANTONIO; MIKE RUBINO; SANTA CLARA COUNTY; STATE OF CALIFORNIA; AND DOES 1-50,<br><br>　　　　　Defendants. | Case No. C06 07767 RMW   RS<br><br>STIPULATION OF DISMISSAL OF DEFENDANT, DAVID MENDEZ; ORDER<br><br>JURY TRIAL DEMANDED |

　　　DWIGHT WATSON, DANIEL FARIAS WATSON, LAUREN WATSON and NICOLE WATSON, Plaintiffs, and their attorneys, and Defendant, DAVID MENDEZ, by and through his counsel, stipulate as follows:

　　　1.　Plaintiff will voluntarily dismiss the above-captioned federal court case, without prejudice, as to Defendant, DAVID MENDEZ, only.

　　　2.　Defendant will not seek recovery of any attorneys' fees or costs incurred in the defense of this case to date as a result of

Plaintiffs' voluntary dismissal of the federal court case.

3.  Each side will bear all of their own attorneys' fees and costs.

IT IS SO STIPULATED.

Date: 4-25-08

BY: DWIGHT WATSON, on behalf of Plaintiffs, DWIGHT WATSON, and his children, DANIEL FARIAS WATSON, LAUREN WATSON, NICOLE WATSON.

Date: 4-28-08

MARK MARTEL LAW OFFICES

BY: MARK MARTEL
Attorneys for Plaintiffs,
DWIGHT WATSON, DANIEL FARIAS WATSON, LAUREN WATSON, NICOLE WATSON.

Date: 5/1/08

BURTON, VOLKMANN & SCHMAL, LLP

BY: TIMOTHY J. SCHMAL
Attorneys for Defendant,
DAVID MENDEZ.

ORDER

IT IS SO ORDERED.

Date: 5/12, 2008

THE HONORABLE RONALD M. WHYTE,
UNITED STATES DISTRICT JUDGE.

---

DISMISSAL OF DISMISSAL (DAVID MENDEZ)

2