```
1  #65746-3-104
   TIMOTHY J. SCHMAL, ESQ.  #104874
2  BURTON, VOLKMANN & SCHMAL, LLP
   133 Mission Street, Suite 102
3  Santa Cruz, CA  95060
   Phone: (831)425-5023
4  Facsimile: (831)427-3159

5  Attorneys for Defendants,
   DAVID MENDEZ, MIKE D'ANTONIO          *E-FILED - 5/12/08*
6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 DWIGHT WATSON; DANIEL FARIAS;  ) Case No. C06 07767 RMW  RS
   LAUREN WATSON; AND NICOLE      )
12 WATSON,                        )
                                  ) STIPULATION OF DISMISSAL
13            Plaintiffs,         ) OF DEFENDANT, MIKE
                                  ) D'ANTONIO; ORDER
14    vs.                         )
                                  )
15 GLENN ALBIN; DAVID MENDEZ;     )
   FRANK ST. CLAIR; MIKE          ) JURY TRIAL DEMANDED
16 D'ANTONIO; MIKE RUBINO; SANTA  )
   CLARA COUNTY; STATE OF         )
17 CALIFORNIA; AND DOES 1-50,     )
                                  )
18            Defendants.         )
                                  )
19 ────────────────────────────────

20

21      DWIGHT WATSON, DANIEL FARIAS WATSON, LAUREN WATSON and NICOLE

22 WATSON, Plaintiffs, and their attorneys, and Defendant, MIKE

23 D'ANTONIO, by and through his counsel, stipulate as follows:

24      1.  Plaintiff will voluntarily dismiss the above-captioned

25 federal court case, without prejudice, as to Defendant, MIKE

26 D'ANTONIO, only.

27      2.  Defendant will not seek recovery of any attorneys' fees or

28 costs incurred in the defense of this case to date as a result of
```

───────────────────────────────
                              1
DISMISSAL OF DISMISSAL (MIKE D'ANTONIC)

1  Plaintiffs' voluntary dismissal of the federal court case.

2       3.   Each side will bear all of their own attorneys' fees and

3  costs.

4       IT IS SO STIPULATED.

5

6  Date:  25 april 2008

        BY:  DWIGHT WATSON, on behalf
7       of Plaintiffs, DWIGHT WATSON, and
        his children, DANIEL FARIAS WATSON,
8       LAUREN WATSON, NICOLE WATSON.

9  Date:  4-28-08

        MARK MARTEL LAW OFFICES
10

11

12      BY:  MARK MARTEL
        Attorneys for Plaintiffs,
13      DWIGHT WATSON, DANIEL FARIAS WATSON,
        LAUREN WATSON, NICOLE WATSON.

14

15

16  Date:  5/1/08

        BURTON, VOLKMANN & SCHMAL, LLP
17

18      BY:  TIMOTHY J. SCHMAL
19      Attorneys for Defendant,
        MIKE D'ANTONIO.
20

21                              ORDER

22      IT IS SO ORDERED.
23

24  Date:  5/12    , 2008

        THE HONORABLE RONALD M. WHYTE,
25      UNITED STATES DISTRICT JUDGE.

26

27

28

                                        2