1  SUNIL R. KULKARNI (CA SBN 186723)
   SKulkarni@mofo.com
2  K.C. ALLAN WALDRON (CA SBN 231866)
   KCWaldron@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
5  Facsimile: 650.494.0792

6  MARK MARTEL (CA SBN 147970)
   markmartel@aol.com
7  LAW OFFICES OF MARK MARTEL
   425 Sherman Avenue, #330
8  Palo Alto, CA 94306                          *E-FILED - 5/13/08*
   Telephone: 650.470.2650
9  Facsimile: 650.470.2654

10 Attorneys for Plaintiffs
   DWIGHT WATSON, DANIEL FARIAS,
11 LAUREN WATSON, and NICOLE WATSON

12

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

17 DWIGHT WATSON, DANIEL FARIAS,            Case No.   C06-07767 RMW (HRL)
   LAUREN WATSON, and NICOLE WATSON,
18                                          [PROPOSED] ORDER
              Plaintiffs,                   AUTHORIZING ENTRY AND
19                                          USE OF EQUIPMENT DURING
       v.                                   TRIAL
20
   GLENN ALBIN, DAVID MENDEZ, FRANK         Trial Date: May 19, 2008
21 ST. CLAIR, MIKE D' ANTONIO, MIKE         Time:     1:30 p.m.
   RUBINO, SANTA CLARA COUNTY, STATE        Judge:    The Hon. Ronald Whyte
22 OF CALIFORNIA, and DOES                  Court:    6
   1-50,
23
              Defendants.
24

25

26      IT IS HEREBY ORDERED that the Plaintiffs' representatives be allowed to enter the

27 courthouse on or after May 19, 2008, with the equipment identified below and use that equipment

28 in the courtroom during trial.

   [PROPOSED] ORDER AUTHORIZING EQUIPMENT DURING TRIAL                                        1
   CASE NO. C06 07767 RMW (HRL)
   pa-1254548

1    **Equipment for Use in the Courtroom During Trial:**

2       1.   1 – Presentation Computer Laptop

3       2.   1 – 8' x 10' Projection Screen

4       3.   1 – Projector Stand

5       4.   1 – Digital Elmo

6       5.   2 – Easels

7       6.   1 – Bin of Cables, Adaptors, Power Strips, Measuring Tape and Masking Tape

8

9    Dated:   5/13/08                          _Ronald M. Whyte_

10                                             HONORABLE RONALD WHYTE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING EQUIPMENT DURING TRIAL
CASE NO. C06 07767 RMW (HRL)
pa-1254548

2